# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 33 MAP 2015

Appellant :

v. :

CHRISTINA J. LASATER, :

Appellee :

## ORDER

**PER CURIAM**                    **FILED: August 6, 2015**

**AND NOW**, this 6th day of August, 2015, the Motion to Quash is **GRANTED**.